**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA

VS.   CASE NO: 5:17-cr-2-Oc-28PRL

BRITTANY TAYLOR FEKAY

_____

### ORDER

Defendant's Motion for Termination of Supervised Release (Doc. 37) is before the Court for consideration. The Government filed a response wherein both Defendant's Probation Officer and the United States oppose the requested relief. (Doc. 40). In June 2017, Defendant was sentenced to a year and a day imprisonment with three years of supervised release for theft of U.S. Government funds and false statement to a federal agent. Defendant began her term of supervised release in May 2018. Under 18 U.S.C. §3583(c)(1), I have considered the pertinent factors of 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) and the purpose of supervised release. Defendant's Motion to Terminate Supervised Release is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on September 16, 2020.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
Counsel for Defendant
Brittany Taylor Fekay